EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------------------|
| | 2014 TSPR 128 |
| | 191 DPR ____ |
| Eddie A. Pérez Pérez | |

Número del Caso: TS-16917

Fecha: 31 de octubre de 2014

Abogada de la Parte Peticionaria:

      Lcda. Carmen I. Navas
      Procuradora del Abogado

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Eddie A. Pérez Pérez

TS-16,917

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de octubre de 2014.

Atendida la *Solicitud de Reinstalación* presentada por el Sr. Eddie A. Pérez Pérez el 10 de octubre de 2014, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo